IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00332-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO J. MACKEY,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's motion for sentencing reduction pursuant to 18 U.S.C. § 3582(c)(2) and the Government's response. Although the parties agree that reduction is appropriate, I conclude that a review by the probation office is in order.

    Accordingly, it is ordered:

    1. The probation office shall file an addendum to the presentence investigation report with the court and the parties no later than May 19, 2008.

2. Either party may file any objection to the addendum if appropriate, a hearing will be held thereafter.

DATED at Denver, Colorado, on April 29, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge