IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 15, 2008 |
| Court Reporter: Janet Coppock | Time: 21 minutes |
| Probation Officer: Kurt Thoene | Interpreter: n/a |

### CASE NO. 06-CR-00332-WDM

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Judith Smith |
| Plaintiff, | |
| vs. | |
| **MARIO J. MACKEY,** | LaFonda Jones |
| Defendants. | |

### HEARING ON MOTION TO REDUCE SENTENCE

**9:04 a.m.  COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is not present.

**Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offence (Doc #24), filed 4/10/08.**

**9:06 a.m.**   Argument by Ms. Jones. Questions by the Court.

**9:12 a.m.**   Argument by Ms. Smith. Questions by the Court.

Page Two
06-CR-00332-WDM
October 15, 2008

Comments by Mr. Thoene.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offence (Doc #24), filed 4/10/08 is **GRANTED.** Sentence of imprisonment is reduced to **87 months.** Probation department is directed to prepared an amended judgment.

**9:25 a.m.**     **COURT IN RECESS**

**Total in court time:**     **21 minutes**

**Hearing concluded**